139 A.3d 1256

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Leon HALEY Sr., Petitioner.**

Supreme Court of Pennsylvania.

June 15, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2016, the Petition for Allowance of Appeal and Application for Leave to File Post–Submission Communication are **DENIED.**